LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 284013]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JARED ROBERT KELTNER, | No:  8:23-cv-02196-DFM |
| v. | |
| MARTIN O'MALLEY[1]<br>Commissioner of Social Security, | ORDER AWARDING EAJA FEES |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  April 15, 2024

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-